J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

LUIS ALEJANDRO HEREDIA OLACHEA,

    Petitioner,

    v.

ACTING WARDEN LOS ANGELES MDC METROPOLITAN DETENTION CENTER,

    Respondent.

) Case No. 2:25-cv-08295-SSS (DTB)
)
)
) **J U D G M E N T**
)
)
)
)
)
)
)
)
)
)

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: April 27, 2026

_____
SUNSHINE S. SYKES
United States District Judge

1